ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
LORINDA D. FRANCO, State Bar No. 213856
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6459
Fax: (916) 731-2119
E-mail: Lorinda.Franco@doj.ca.gov
*Attorneys for Defendant Pickett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REBECCA JIMENEZ, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**JASON PICKETT, Warden of High Desert State Prison, in his individual capacity; et al.,**<br><br>Defendants. | 2:26-cv-02471-JAM-SCR<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE (ECF No. 9)**<br><br>Judge: Honorable John A. Mendez<br>Trial Date: Not set.<br>Action Filed: July 22, 2026 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs Rebecca Jimenez, Ricardo Prieto, III, Regino Prietto, Michael Allen, and Rodrico Prieto filed the above-entitled matter against Defendant Jason Pickett, as Warden of High Desert State Prison, in his individual capacity (ECF Nos. 1, 5);

WHEREAS, Defendant was served with Summons and First Amended Complaint in this matter on August 10, 2026 (ECF No. 7);

//

//

//

WHEREAS Defendant's responsive pleading deadline runs on August 31, 2026;

WHEREAS, Defendant's counsel was only recently assigned to the matter;

WHEREAS, Defendant requested and Plaintiffs graciously agreed to an extension of Defendant's responsive pleading deadline;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their counsel, that Defendant's responsive pleading deadline in the matter be **EXTENDED** to **September 30, 2026**.

IT IS FURTHER AGREED THAT this Stipulation may be executed in one or more counterparts and, when said counterparts are taken together, shall constitute one original agreement notwithstanding that all parties are not signatories to the original or the same counterpart. Furthermore, a facsimile copy, photostatic copy, telecopy, "pdf" copy or other image of the parties' signatures shall have the same force and effect as the original. In the alternative, submitting counsel may place the other counsel's signature on the electronic filing by using "/s/" and typing counsel's name on the Stipulation if so authorized by other counsel.

Dated: August 28, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

/s/ Lorinda D. Franco

LORINDA D. FRANCO
Deputy Attorney General
*Attorneys for Defendant Pickett*

Dated: August 28, 2026

HARRISON | KRISTOPHER, LLP

/S/ Bryan J. Harrsion
___________________(as authorized on August 28, 2026)
By: Bryan J. Harrison, Esq.
*Attorneys for Plaintiffs*
*Rebecca Jimenez, Ricardo Prieto, III, Regino Prietto, Michael Allen, and Rodrico Prieto*

**ORDER**

**IT IS SO ORDERED**.

Dated: September 04, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE