ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
LORINDA D. FRANCO, State Bar No. 213856
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013-1230
Telephone: (213) 269-6459
Fax: (916) 731-2119
E-mail: Lorinda.Franco@doj.ca.gov
*Attorneys for Defendant J. Pickett*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **REBECCA JIMENEZ, et al.,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**JASON PICKETT, Warden of High Desert State Prison, in his individual capacity; et al.,**<br><br>Defendants. | 2:26-cv-02471-JAM-SCR<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING DEADLINE TO OCTOBER 14, 2026**<br><br>Judge: Honorable John A. Mendez<br>Trial Date: Not set.<br>Action Filed: July 22, 2026 |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

WHEREAS, Plaintiffs Rebecca Jimenez, Ricardo Prieto, III, Regino Prieto, Michael Allen, and Rodrico Prieto filed the above-entitled matter against Defendant Jason Pickett, as Warden of High Desert State Prison, in his individual capacity (ECF Nos. 1, 5);

WHEREAS, Defendant was served with Summons and First Amended Complaint in this matter on August 10, 2026 (ECF No. 7);

WHEREAS, Defendant's responsive pleading deadline runs on September 30, 2026;

WHEREAS, on September 24, 2026, starting at 2:00 p.m., counsel for the parties participated in a video conference to discuss the grounds upon which Defendant J. Pickett will move to dismiss Plaintiff's complaint;

WHEREAS, the parties require additional time to consider and/or discuss the grounds upon which Defendant J. Pickett will move to dismiss Plaintiff's complaint with the intent to resolve issues and obviate the need for court intervention on resolved issues;

WHEREAS, Plaintiffs graciously proposed and agreed to an extension of Defendant's responsive pleading deadline by two weeks;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, by and through their counsel, that Defendant's responsive pleading deadline in this matter be extended to **October 14, 2026**.

IT IS FURTHER AGREED THAT this Stipulation may be executed in one or more counterparts and, when said counterparts are taken together, shall constitute one original agreement notwithstanding that all parties are not signatories to the original or the same counterpart. Furthermore, a facsimile copy, photostatic copy, telecopy, "pdf" copy or other image of the parties' signatures shall have the same force and effect as the original. In the alternative, submitting counsel may place the other counsel's signature on the electronic filing by using "/s/" and typing counsel's name on the Stipulation if so authorized by other counsel.

Dated: September 29, 2026

HARRISON | KRISTOPHER, LLP

/S/ Bryan J. Harrison (as authorized on 9/29/26)
By: Bryan J. Harrison, Esq.
*Attorneys for Plaintiffs*
*Rebecca Jimenez, Ricardo Prieto, III, Regino Prieto, Michael Allen, and Rodrico Prieto*

Dated: September 29, 2026

ROB BONTA
Attorney General of California
JANET N. CHEN
Supervising Deputy Attorney General

LORINDA D. FRANCO
Deputy Attorney General
*Attorneys for Defendant J. Pickett*

**ORDER**

IT IS SO ORDERED.

Dated: September 30, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE